**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| GARY D.[1], | : | Case No. 1:21-cv-68 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 22)**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 22), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. Plaintiff's Statement of Errors (Doc. 13) is **SUSTAINED IN PART and OVERRULED IN PART** and the Commissioner's non-disability finding is **REVERSED and REMANDED** for further proceedings consistent with the Report and Recommendation. Accordingly, this case is **TERMINATED** from the Court's docket.

---

[1]Due to the Committee on Court Administration and Case Management of the Judicial Conference of the United States' recommendation that federal courts only refer to claimants by their first names and last initials due to privacy concerns, "any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to claimants only by their first names and last initials." *See* General Order 22-01.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND